[No. 2473]

HERBERT S. FRAME, RESPONDENT, *v.* J. C. HARRIS, SHERIFF OF ELKO COUNTY, NEVADA, APPELLANT.

[197 Pac. 702]

APPEAL from Fourth Judicial District Court, Elko County; *E. J. L. Taber,* Judge.

Action by Herbert S. Frame against J. C. Harris, Sheriff of Elko County, Nevada. Judgment for plaintiff, and defendant appeals. **Affirmed.**

*H. U. Castle,* District Attorney, for Appellant.

*Turner K. Hackman,* for Respondent.

By the Court, COLEMAN, J.:

The identical question involved in this case has been decided in Hostetler v. Harris (No. 2472), 45 Nev. 43. Upon the authority of that decision, the judgment herein appealed from is in all things affirmed.

SANDERS, C. J., concurring:

I concur in the order, for the reasons stated in my concurring opinion in case No. 2472.